## THE ASHUELOT MANUFACTURING COMPANY *vs.* HENRY MARSH.

The president of a manufacturing corporation has no authority as such to commence an action in the name of the corporation.

IN this action, the counsel for the plaintiffs, in order to show an authority to commence the same, offered to prove, that at the time of the commencement thereof, the Ashuelot Manufacturing Company consisted of three members, namely, Bushrod Buck, of Lanesborough, in the county of Berkshire, who was the president of the corporation, and had in his possession the books and records, Henry Marsh, the defendant, who was treasurer and agent of the company, and resided in

the territory of Wisconsin, and one Whitney, who was the clerk, and resided in the county of Hampshire, in this state; that the counsel for the plaintiffs commenced the action at the instance and under the direction of Buck, who, as they supposed and believed, was authorized to commence the same; but it was not offered to be proved, that the corporation, in any way, ever authorized Buck to commence the action; nor was there any evidence of any such authority, unless it could be ínferred from the facts so offered, in evidence.

The court of common pleas thereupon ordered the action to be dismissed; and the plaintiffs filed exceptions.

*J. T. Robinson,* for the plaintiffs.

*J. D. Colt,* for the defendant.

The Court overruled the exceptions, and ordered the action to be dismissed.